UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**BRANDON WAYNE THOMAS,**

    Petitioner,

v.                                                                                                                                Case No.: 2:25cv32

**COMMONWEALTH OF VIRGINIA,**

    Respondent.

## FINAL ORDER

This matter is before the Court on *pro se* Petitioner Brandon Wayne Thomas's ("Petitioner") Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition"). ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), and Eastern District of Virginia Local Civil Rule 72. In a Report and Recommendation entered on July 21, 2025, the Magistrate Judge recommended the Petition be denied and dismissed without prejudice due to Petitioner's request to voluntarily dismiss his Petition and his representation that he has not yet exhausted his claims. R&R at 3, ECF No. 10. Petitioner was advised of his right to file written objections to the Report and Recommendation. *Id.* at 3–4. Petitioner did not file any objections with the Court.

Having reviewed the record and having heard no objection, the Court agrees with the Report and Recommendation on the grounds stated by the Magistrate Judge and hereby **ADOPTS** and **APPROVES** the Report and Recommendation, ECF No. 10, in its entirety as the Court's own

opinion. Accordingly, the Petition, ECF No. 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE**, and Petitioner's Motion to Voluntarily Dismiss, ECF No. 9, is **GRANTED**.

The Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

The Petitioner has not demonstrated a substantial showing of the denial of a constitutional right, and therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner.

**IT IS SO ORDERED**.

/s/ Arenda L. Wright Allen
Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
October 2, 2025